THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NERIUM INTERNATIONAL, LLC N/K/A NEORA, LLC AND JEFFREY OLSON<br>    Plaintiffs,<br><br>V.<br><br>FEDERAL TRADE COMMISSION,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.: 1:19-CV-7189<br><br>Judge Sara L. Ellis |

## MOTION FOR TELEPHONIC HEARING

Plaintiffs Nerium International, LLC n/k/a Neora LLC and Jeffrey Olson (together, "Nerium"), by and through their undersigned counsel, hereby move this Honorable Court for a telephonic hearing to discuss the effect of the July 27, 2020 Opinion in *FTC v. Neora, LLC et al.,* Civ. No. 19-19699 (D.N.J.) ("NJ Opinion") on this case and set deadlines for additional motions and/or briefing by the parties, as necessary. In support of their motion, Plaintiffs state as follows:

1. On May 15, 2020, the parties filed a Joint Covid-19 Status Report advising the Court that Defendant Federal Trade Commission's ("FTC") Motion to Dismiss was fully briefed, the parties did not anticipate filing additional motions in the next 45 days and, other than the pending motion to dismiss, no issues required Court action. ECF No. 30, *Joint Covid-19 Status Report* at ¶¶ 2-4. Accordingly, the parties did not believe a telephone hearing with the Court was necessary at that time. *Id.* at ¶ 4.

2. The Court has not ruled on the FTC's Motion to Dismiss this case.

3. The parties to this case are also involved in *FTC v. Neora, LLC et al.,* Civ. No. 19-19699 (D.N.J.) (the "NJ Action"), a parallel case filed by the FTC several hours after Nerium filed the Verified Complaint in this case.

4811-0357-1399.1

4.      On July 27, 2020, the District Court in New Jersey issued the NJ Opinion granting Nerium's motion to transfer the NJ Action to the Northern District of Texas. Thereafter, the FTC filed a "Notice of Supplemental Authority" on July 30, 2020, attaching the NJ Opinion. *See* ECF No. 33, *Notice of Supplemental Authority.* Plaintiffs filed a brief Response to address the FTC's mischaracterizations of the NJ Opinion. ECF No. 34-1, *Response to Notice of Supplemental Authority.*

5.      In light of the NJ Opinion, Nerium proposed to the FTC that the parties agree to transfer this case to the Northern District of Texas as well, in order to consolidate all claims in the interest of efficiency. The FTC declined.

6.      Nerium intends to file a motion to transfer this case to the Northern District of Texas or, alternatively, voluntarily withdraw the Verified Complaint in this action.

WHEREFORE, for the foregoing reasons, Nerium respectfully requests a telephonic hearing to discuss the effect of the NJ Opinion on this case and set deadlines for Nerium to file a motion to transfer and/or voluntarily dismiss this action as necessary.

Respectfully submitted,

NERIUM INTERNATIONAL, LLC N/K/A
NEORA LLC AND JEFFREY OLSON,

/s/ Jena L. Levin
Frank E. Pasquesi
Illinois ARDC No. 6205455
312.832.5176
fpasquesi@foley.com
Jena Levin
Illinois ARDC No. 6300341
312.832.4365
jlevin@foley.com
321 Clark Street, Suite 2800
Chicago, Illinois  60654

Edward D. ("Ed") Burbach
Texas State Bar No. 03355250
Phone: 512.542.7070
eburbach@foley.com
*Admitted Pro Hac Vice*
Robert F. Johnson
Texas State Bar No. 10786400
Phone: 512.542.7127
rjohnson@foley.com
*Admission Pro Hac Vice Pending*
3000 One American Center
600 Congress Avenue
Austin, TX 78701
Facsimile: (512) 542-7100

Jay N. Varon
District of Columbia Bar No. 236992
Maryland State Bar No. 02899
3000 K St. NW
Washington, DC 20007
202.672.5380
jvaron@foley.com

Christopher M. Kise
Florida State Bar No. 855545
106 E. College Avenue
Suite 900
Tallahassee, Florida 32301
850.513.3367
ckise@foley.com
*Admitted Pro Hac Vice*

*ATTORNEYS FOR PLAINTIFFS*

## CERTIFICATE OF SERVICE

      I, Jena L. Levin, an attorney, hereby certify that on August 14, 2020, I caused a copy of the foregoing **Motion for Telephonic Hearing** to be electronically filed using the ECF system, which will automatically serve this filing on all attorneys of record via email.

                                                  /s/ Jena L. Levin
                                                      Jena L. Levin